```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2026
```

UNITED STATES DISTRICT COU
SOUTHERN DISTRICT OF NEW YORK

VALENTIN RUIZ VALERA,

                          Petitioner,

      v.

PAM BONDI, in her official capacity as Attorney General; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security ET AL,

                          Respondents.

26 Civ. 779 (NSR)

**ORDER**

NELSON S. ROMAN, District Judge:

      The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of the Southern District of New York or Eastern District of New York is ADMINISTRATIVELY STAYED pending further order of the Court.

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance and is further directed to file an opposition to Petitioner's application within 21 days of this Order.

      SO ORDERED.

Dated: January 30, 2026
       White Plains, New York

                                                        NELSON S. ROMAN
                                                   U.S. District Court Judge, S.D.N.Y.