**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
VALENTIN RUIZ VARELA,

                                     Petitioner,                           26 **CIVIL** 779 (NSR)

                   -against-                                        **JUDGMENT**

PAMELA BONDI, in her official capacity as
Attorney General, et al.,

                                     Respondents.
---------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 4, 2026, Petitioner's Petition for the writ of

habeas corpus is GRANTED.

**DATED:** New York, New York
             March 6, 2026

                                           **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**

                **BY:**              K. Mango

                                             _____
                                             **Deputy Clerk**